UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KHALIL NEAL, on behalf of himself
and all others similarly situated,

     Plaintiffs,

v.                                     CASE NO.: 1:24-cv-22783-JB

SANITAS USA, INC., a Florida Profit
Corporation; and GUIDEWELL
EMERGENCY MEDICINE DOCTORS,
LLC, a Florida Limited Liability Company

     Defendants.

_____/

**<u>NOTICE OF FILING FULLY EXECUTED SETTLEMENT AGREEMENT, WAIVER
AND RELEASE</u>**

     Defendant, Guidewell Emergency Medicine Doctors, LLC, by and through its undersigned

counsel, hereby gives notice of filing the fully executed Settlement Agreement, Waiver, and

Release[1] between Plaintiff and all Defendants, attached hereto as Exhibit A.

Respectfully submitted this 7th day of May 2025.

                                  **GRAYROBINSON, P.A.**

                                  */s/ Andres J. Garcia*
                                  Marlene Quintana, B.C.S.
                                  Florida Bar No. 88358
                                  marlene.quintana@gray-robinson.com
                                  Andres J. Garcia
                                  Florida Bar No. 1058220
                                  andy.garcia@gray-robinson.com
                                  333 S.E. 2nd Avenue, Suite 3200
                                  Miami, Florida 33131
                                  Telephone: (305) 416-6880

---

[1] The attached Settlement Agreement, Waiver and Release is intended to supplement Exhibit A to the Joint Motion to Approve Confidential Settlement Agreement and to Dismiss With Prejudice, filed with this Court on May 6, 2025 [at ECF No. 53].

Facsimile: (305) 416-6887
*Counsel for Defendant, GEMD*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Andres J. Garcia*
*Counsel for Defendant, Guidewell*
*Emergency Medicine Doctors, LLC*

#63693072 v1